UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/11
```

-------------------------------------x
DORLY HAZAN-AMIR,

                Plaintiff,

      v.

CITIGROUP INC. and CITIGROUP GLOBAL
MARKETS INC.,

                Defendants.
-------------------------------------x

Civil Action No. 11 Civ. 0721 (SAS)

**PROPOSED ORDER**

Upon consideration of the Parties' joint request to extend deadlines set forth in this Court's Scheduling Order dated April 22, 2011 (Dkt. No. 11), it is hereby

ORDERED that the Scheduling Order is amended to include the following deadlines:

1. Completion of Fact Discovery: January 30, 2012.

2. Deadline for Defendants to Notify Court of Intention to File Motion for Summary Judgment: January 30, 2012.

3. Completion of Expert Discovery: within 60 days after date of decision and order on Defendants' Motion for Summary Judgment, if any. If no Motion for Summary Judgment is filed by Defendants, exchange of expert reports due February 20, 2012; exchange of rebuttal reports due March 20, 2012; and completion of expert depositions by April 15, 2012.

4. Completion of All Discovery: April 15, 2012.

5. Deadline for Plaintiff's Pre-Order Matters: April 30, 2012.

6. Deadline for Submission of Pre-Trial Order: May 14, 2012.

7. Final Pre-Trial Conference: February 14, 2012. at 4:30

SO ORDERED on this 13 day of October, 2011.

_____
Hon. Shira A. Scheindlin
U.S. District Judge

It is further ORDERED that the Court will not approve any additional extensions. This is a long delay and no further adjournments will be granted.